IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHN LEE,<br><br>         Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant.<br>_____/ | No. C 14-04752 JSW<br><br>**ORDER DIRECTING PLAINTIFF TO ADVISE COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Accordingly, Plaintiff is ORDERED to advise the Court, no later than December 29, 2014, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action.[1] Defendant has already consented to the jurisdiction of a magistrate judge. (*See* Docket No. 8.) The parties are further advised that they may jointly request assignment to a specific magistrate judge

**IT IS SO ORDERED.**

Dated: December 8, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.