MELINDA HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KEVIN JOHN LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:14-cv-04752-LB<br><br>**STIPULATION FOR VOLUNTARY REMAND PURUSANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** ; ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to reconsider the opinion evidence, including that of treating physician Dr. Ghada Sayed Abdelwahed.  In addition, the ALJ shall further develop the update the record evidence, reevaluate Plaintiff's

1

residual functional capacity, further develop the vocational evidence, as necessary, and issue a new administrative decision.

                                                                              Respectfully submitted,

Date: *June 29, 2015*                    ROCKWELL, KELLY DUARTE, LLP

                                        By:    */s/ Sharon Elizabeth Kelly\**
                                                     SHARON ELIZABETH KELLY
                                                     *\* By e-mail authorization on June 29, 2015*
                                                     Attorney for Plaintiff

Date: *June 29, 2015*                    MELINDA HAAG
                                                   United States Attorney

                                        By:    */s/ Jeffrey Chen*
                                                     JEFFREY CHEN
                                                   Special Assistant United States Attorney
                                                   Attorneys for Defendant

                                                   <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: June 30, 2015                                                   
                                                   HONORABLE LAUREL BEELER
                                                   UNITED STATES MAGISTRATE JUDGE

Stip. for Voluntary Remand